UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN E NORMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LINDA MCMAHON, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | Civil No.　07-cv-00248-WQH (POR)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND HEARING DATE [Doc. No. 15]** |

Upon application by Defendant Commissioner of the Social Security Administration and by Plaintiff, through his counsel, Roy B. Cannon, III, IT IS HEREBY ORDERED that the motion hearing date in this case shall be extended from October 19, 2007 to **November 26, 2007**. The Court finds it appropriate to decide the parties' motions on the papers. No oral argument shall be required or heard without further court order. The parties remaining briefing shall be in accordance with Civil Local Rule 7.1(e)(6).

DATED: September 24, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　　All parties

　　　　　Honorable William Q. Hayes

- 1 -　　　　　　　　　　　　　　　　　　　　　　　07cv248